United States District Court for the Ninth (9th) Circuit

**FILED**

Jun 14 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

C22-80150 MISC WHO

Tyrone Hurt
(re: Hainer v. Kerner, 1972)
319 Kentucky Ave., S.E.
#2, W.D.C., 20003
(202) 390-6251

Plaintiff

and

U.S. Constitution, (1688), 1775, 1972
(re: Hainer v. _____ 1972)

and

The American Heritage College Dictionary

Defendants,

and

The American people as American citizens within the United States of America (re: examine: The United States of America as opposed to the United States of America)

v.

The monument building, in-the-center-of-the-U.S., W.D.C.

Civil Action No.

```
The Statue to Liberty, located In
the United States of America

              v.

     United States of America
```

## Complaint

1. Jurisdiction to this Honorable Court in pursuant to Title 42, Section 1983, U.S.C., Title 28, Section 1330, U.S.C., Title 28, Section 1331 + 1332, U.S.C., Title 28, Section 1915, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive to interest and cost.

3. I demand a trial by a Jury on all the issues involved.

4. I am a citizen to the D.C., and to the U.S.A.

### Statement to the Facts to the Case
### Memorandum to Law

1. The Plaintiff respectfully states that to this Honorable Court to see: U.S. Constitution, (1688)-(1775) and to this Honorable Court to see: The American Heritage College Dictionary meanings to liberty — 1. — 2a. — b. and

(3)

monuments-(s), etc., inasmuch, said Plaintiff, call-on, the immediate, urgency, to the elimination, eradication and abolishment to the monument(s) displaying, located within the center-to-the-circle, w.r.t., (or, the national (Mall)) and the elimination, eradication and abolishment to the Statue to Liberty, located, within the United States to America, as, both symbols, are, of the, upmost symbols to racism and division racially, which is in violation to the U.S. Constitution, (1788-) (1775-) and in violation to human rights. So, therefore, said Plaintiff call-on, the said sitting through the First (1st) Amendment Right to the U.S. Constitution, (1788-) (rms-) to there from the past to the present-day, and carry long-time, to stilling standing to symbols, to racism and racial division.

<u>Action to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.</u>

Comes now, Tyrone Hurt, the Plaintiff, and respectfully moves the Honorable, U.S. District Ct. for the Ninth (9th) Cir., for leave to proceed <u>in forma pauperis</u>, pursuant to Title 28, Section 1915, U.S.C., for the following reasons:

1. The Plaintiff respectfully states that because to my poverty, that I am unable to pre-pay the said filing

tees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I seek, and that said Plaintiff to be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.S.C.

### Memorandum to Law

1. See: U.S. Constitution, (1688)(1775);
2. See: The end of slavery Act of 2021;
3. See: Title 28, Section 1915, U.S.C.;
4. See: The American Heritage College Dictionary meanings to: merit; Democracy, etc.;
5. See: Black's Law Dictionary - (2009);

### Relief

1. The Plaintiff seeks said elimination, eradication and abolishment to the long-standing symbols to racism and racial division to the monuments pictures, located in the-author-to-the-union, U.S.A.C., and the long-standing Statue to Liberty, located within the United States to America as symbols to racism and racial division. The Plaintiff seeks one (1) trillion dollars in punitive and monetary damages against said defendants, named in the captioned case

(5)

### Affidavit to Poverty, pursuant to Title 28, Section 1915, U.S.C.

I, Tyrone Hurt, the Plaintiff, pro se, respectfully states that because of my poverty, that I am unable to pre-pay the associated costs for the filing of the foregoing complaint, that I am unable to give security for the same; that I believe that I am entitled to the redress that I sue with.

### Certification to Service

I, Tyrone Hurt, the Plaintiff, pro se, respectfully states that I have upon this 18th day of May, 22, have sent the foregoing complaint to the U.S. District Court, the Ninth (9th.) Cir., to make service upon the Attn. for the Defendants, named herein.

Respectfully Submitted,

S/ Tyrone Hurt
(Plaintiff, pro-se)
(Haines v. Kerner, 1972)