UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN HERITAGE COLLEGE DICTIONARY,<br><br>        Defendant. | Case No. 22-mc-80150-WHO<br><br>**ORDER RE: PRE-FILING REVIEW OF COMPLAINT**<br><br>Order also to be filed in C 12-4187-EMC |

    In an order filed January 11, 2013, the Hon. Edward M. Chen of this Court declared plaintiff Tyrone Hurt a vexatious litigant. *Hurt v. All Sweepstakes Contests*, C 12-4187 EMC, Docket No. 18. Pursuant to that order, the Clerk of this Court may not file or accept any further complaints filed by or on behalf of plaintiff, and if plaintiff wishes to file a complaint, the Duty Judge must review the complaint to determine whether it should be accepted for filing.

    On June 14, 2022, plaintiff sought to file a new complaint in this Court. As the Duty Judge, I have reviewed the complaint to determine whether it should be accepted for filing. I conclude that the new complaint suffers from the same types of factual and legal deficiencies as the previous frivolous lawsuits that led to the declaration of plaintiff as a vexatious litigant. As best I can determine from Hunt's handwritten and somewhat illegible complaint, he seeks to eliminate, eradicate, and abolish various symbols of racism in the United States including the Statue of Liberty and "monuments building," that are in violation of the United States Constitution and human rights. The complaint contains citations to various statutes, the United States Constitution, the American Heritage College Dictionary, and seeks $1 trillion in damages based on alleged violations of the Constitution.

    Under 28 U.S.C. § 1915(e), I determine that Hunt's current complaint is frivolous and fails

to state a claim upon which relief may be granted.  28 U.S.C. § 1915(e)(2)(B)(i)-(iii).  It also falls squarely within the scope of Judge Chen's Order declaring Hunt a vexatious litigant.  The request to proceed in forma pauperis is DENIED.  The Clerk is directed not to accept the new complaint for filing and to close this miscellaneous case.

**IT IS SO ORDERED.**

Dated: June 21, 2022

William H. Orrick
United States District Judge